

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EDDIE ESTEP, | § | No. 08-19-00280-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04089) |
| | § | |

**O R D E R**

The Court GRANTS the Motion for Extension of Time to File Findings of Facts and Conclusions of Law in reference to this Court's order of October 5, 2020. The trial court is directed to file written findings of facts and conclusions of law with the District Clerk of El Paso, County on or before January 13, 2021. The District Clerk of El Paso County is directed to prepare and file supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before January 23, 2021.

IT IS SO ORDERED this 17th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.